# UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

V

Dkt. No. 1:02CR37-001

DAVID WILLIAM HOGSETT

On May 9, 2007, the above named was placed on Supervised Release for a period of three (3) years. He has complied with the rules and regulations of Supervised Release and is no longer in need of Supervised Release. It is accordingly recommended that David William Hogsett be discharged from Supervised Release.

Respectfully submitted,

Edward A. Emery
Sr. U. S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this _14TH_ day of _July_, 20_09_.

Maurice M. Paul
Senior United States District Judge